**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NSHAN SOGOMONYAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STATE FARM AUTOMOBILE INSURANCE COMPANY,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-07372- JFW (Ex)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |

　　Presently before the Court is the parties' Joint Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1), in which the Parties request dismissal, with prejudice, of this action.

　　Good cause appearing, the Court **APPROVES** the Stipulation. Accordingly, this action is **DISMISSED WITH PREJUDICE** in its entirety, with each party to bear its own costs.

　　**IT IS SO ORDERED.**

DATED: January 27, 2022

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Hon. John F. Walter
　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

**PROOF OF SERVICE**